

# Fourth Court of Appeals
## San Antonio, Texas

August 12, 2015

No. 04-13-00278-CV

**PEACOCK HOSPITALITY, INC.** d/b/a Holiday Inn Express-Burnet,
Appellant

v.

Bipin **PATEL**; Mahadev, LLC; and FDIC,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-04054
Honorable Janet P. Littlejohn, Judge Presiding

# O R D E R

Appellant's Unopposed Motion for Extension of Time to File Motion for Rehearing is hereby GRANTED. Time is extended to August 21, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court